# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Steven Hosada Burke,<br>Attorney at Law, Bar No. 14037 | Case No. 2:24-ms-00041-MMD<br><br>ORDER OF SUSPENSION |

On July 26, 2024, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt date of delivery of July 30, 2024. The OSC provided Mr. Burke with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Steven Hosada Burke. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Steven Hosada Burke, Bar No. 14037, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 20th Day of September 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 23rd Day of September 2024, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

Steven Hosada Burke
c/o Jeffrey S. Posin, Esq.
2520 St. Rose Parkway, Suite 301
Henderson, NV 89074

Certified Mail No.: 7018 3090 0001 1133 1217

Steven Hosada Burke
c/o Harvey Gruber
1160 N. Town Center Dr. #330
Las Vegas, NV 89144

Certified Mail No.:  7020 3160 0000 7420 1544

/s/ Sharon H.
Deputy Clerk
United States District Court,
District of Nevada